WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-18-01523-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| W2005/Fargo Hotels (Pool C) Realty LP, | |
| Defendant. | |

Pending before the Court is Plaintiff's counsel's request to stay this case until Plaintiff can find new counsel. (Doc. 8). Three weeks have elapsed and no new counsel has appeared. The Court will not stay this case indefinitely. Accordingly,

**IT IS ORDERED** that by September 7, 2018, Plaintiff must either have substitute counsel who files a notice of appearance (or current can inform the Court if his suspension is no longer in place) or advise the Court of his address so that he can proceed pro se. If Plaintiff neither provides his address to proceed pro se, nor has counsel who can continue representation immediately, the Court will dismiss this case without prejudice. Thus, the motion to stay (Doc. 8) is denied except as to the limited relief provided herein.

Dated this 9th day of August, 2018.

James A. Teilborg
Senior United States District Judge